UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| GARRETT DAVARRISS SMITH, JR.,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | CAUSE NO. 3:25-CV-1016-JD-AZ |

OPINION AND ORDER

Garrett DaVarriss Smith, Jr., a prisoner without a lawyer, filed a habeas petition challenging a disciplinary decision (WCC 25-5-3359) at the Westville Correctional Facility in which a disciplinary hearing officer (DHO) found him guilty of possessing a controlled substance in violation of Indiana Department of Correction Offense 202. Following a hearing, he was sanctioned with a loss of one hundred eighty days earned credit time and a demotion in credit class.

In the pending motion to dismiss, the Warden argues that this case is moot because the sanctions were vacated and the disciplinary case is set for a rehearing. ECF 10. The Warden supports this argument with a letter from the Appeal Review Officer and credit time calculation printouts from the departmental inmate database. ECF 10-1; ECF 10-2. Consequently, the court finds that the claims raised in the petition are moot. *See Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003) (prisoner can challenge prison disciplinary determination in habeas proceeding only when it resulted in a sanction that

lengthened the duration of his confinement). Because the claims are moot, the court grants the motion and dismisses the habeas petition.

If Smith wants to appeal this decision, he does not need a certificate of appealability because he is challenging a prison disciplinary proceeding. *See Evans v. Circuit Court*, 569 F.3d 665, 666 (7th Cir. 2009). However, he may not proceed *in forma pauperis* on appeal because the court finds that an appeal pursuant to 28 U.S.C. § 1915(a)(3) that an appeal in this case could not be taken in good faith.

For these reasons, the court:

(1) GRANTS the motion to dismiss (ECF 10);

(2) DIRECTS the clerk to enter judgment and to close this case; and

(3) DENIES Garrett DaVarriss Smith, Jr., leave to proceed *in forma pauperis* on appeal.

SO ORDERED on October 14, 2026

/s/JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT